**BakerHostetler**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/2024
```

**MEMO ENDORSED**

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

November 8, 2024

Justin A. Guilfoyle
direct dial: 212.589.4607
jguilfoyle@bakerlaw.com

<u>VIA ECF</u>

The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    <u>Quincy Nang, M.D., M.P.H. v. New York-Presbyterian Hospital
       Docket No. 1:24-cv-4383-GHW-KHP</u>

Dear Judge Parker:

   This firm represents Defendant New York-Presbyterian Hospital in the above-captioned action. Defendant and Plaintiff Quincy Nang, M.D., M.P.H. (collectively, the "Parties") jointly write pursuant to Rule I.c. of Your Honor's Individual Practices in Civil Cases to request an adjournment of: (i) the Initial Case Management Conference currently scheduled for November 18, 2024; and (ii) the deadline for the Parties to submit the Report of Rule 26(f) Meeting and Proposed Case Management Plan, which is currently due on November 11, 2024 (Dkt. No. 19).

   This matter was referred to mediation through the SDNY's Mediation Program (Dkt. No. 13), and a mediation had initially been scheduled for November 11, 2024. However, due to unavoidable scheduling conflicts, a new mediator had to be assigned to the case, and the mediation was rescheduled to December 17, 2024. Earlier today, the Parties had a conference with newly assigned mediator Michael Grenert, Esq. to discuss pre-mediation memorandum submissions and conferences and service of the Parties' Pilot Discovery Protocols in advance of the mediation.

   The Parties respectfully request that the Initial Case Management Conference and the deadline to submit the Report of Rule 26(f) Meeting and Proposed Case Management Plan be adjourned to a date after December 17, 2024 so that the Parties can have the opportunity to participate in the mediation session without expending additional time and resources. There have been two previous requests for the instant relief (Dkt. Nos. 15 & 17), which were both granted by the Court (Dkt. Nos. 16 & 18).

   The Parties thank the Court for its time and consideration of their request.

   Respectfully submitted,

**BAKER & HOSTETLER LLP**                    **MARKUS & SHERIDAN, LLP**

 / s /  *Justin A. Guilfoyle*                  / s /  *Marc O. Sheridan*
Justin A. Guilfoyle                          Marc O. Sheridan

*Attorneys for Defendant*                     *Attorneys for Plaintiff*

**APPLICATION GRANTED:** The Initial Conference set for 11/18/2024 at 12:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Tuesday, January 7, 2025 at 12:00 p.m.</u> The deadline to submit the Report of Rule 26(f) Case Management Plan is extended to <u>December 18, 2024.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

11/11/2024